**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| BRIGHTWELL DISPENSERS LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-1783 (KBJ) |
| ) | |
| DONGGUAN ISCE SANITARY WARE ) | |
| INDUSTRIAL CO. LTD., *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge Robin M. Meriweather's Report and

Recommendation is **ADOPTED** as to its findings and conclusions. It is

**FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is

**DENIED** and, for want of jurisdiction, this case is **DISMISSED**.


DATE:  December 20, 2019                 *Ketanji Brown Jackson*
                                          KETANJI BROWN JACKSON
                                          United States District Judge